# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-64660 PJS  
**Case Name:** SERVICE ELECTRIC COMPANY  
**Period Ending:** 03/31/11

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 08/03/10 (f)  
**§341(a) Meeting Date:** 09/01/10  
**Claims Bar Date:** 11/22/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Petty Cash<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 200.00 | 0.00 | DA | 0.00 | FA |
| 2  Huntington Bank; Checking (Balance as of 1865.90<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 1,865.90 | 0.90 | DA | 0.00 | FA |
| 3  TLC Community Credit Union (Balance as of 7/22)<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 2,616.27 | 0.00 | DA | 0.00 | FA |
| 4  Accounts Receivable (roughly 10-15,000 considere<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 200,000.00 | 200,000.00 | | 118,779.68 | 81,220.32 |
| 5  Customer List<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | Unknown | 0.00 | DA | 0.00 | FA |
| 6  2005 Chevy Tahoe<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 5,000.00 | 0.00 | | 4,903.50 | FA |
| 7  1997 GMC Van<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 8  1996 Chevrolet Van<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  1995 GMC Van<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 10  1999 Dodge Pickup<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 11  2000 Chevrolet Van<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 12  1999 Chevrolet Van | 1,000.00 | 0.00 | | 0.00 | FA |

10-64660-pjs    Doc 68    Filed 04/27/11    Entered 04/27/11 11:41:50    Printed 04/26/2011 11:07 AM    Page 1 of 9    V.12.56

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-64660 PJS  **Trustee:** (420470) Timothy J. Miller
**Case Name:** SERVICE ELECTRIC COMPANY  **Filed (f) or Converted (c):** 08/03/10 (f)
 **§341(a) Meeting Date:** 09/01/10
**Period Ending:** 03/31/11  **Claims Bar Date:** 11/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) |  |  |  |  |  |
| 13 | 1999 Chevrolet Van<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 1,000.00 | 0.00 |  | 0.00 | FA |
| 14 | 1998 GMC Van<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 1,000.00 | 0.00 |  | 0.00 | FA |
| 15 | 1999 Ford Bucket Truck<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 5,000.00 | 0.00 |  | 0.00 | FA |
| 16 | 1969 Small Job Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 500.00 | 0.00 |  | 0.00 | FA |
| 17 | 1985 Assembled Tilt Life Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 500.00 | 0.00 |  | 0.00 | FA |
| 18 | 1999 Interstate Job Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 750.00 | 0.00 |  | 0.00 | FA |
| 19 | 1998 10' Tilt Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 500.00 | 0.00 |  | 0.00 | FA |
| 20 | 1995 TSI Office Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 1,500.00 | 0.00 |  | 0.00 | FA |
| 21 | Copy Machine, Computers, Printers, Monitors Vari<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 4,500.00 | 0.00 |  | 0.00 | FA |
| 22 | Various Tools<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 25,305.00 | 0.00 |  | 0.00 | FA |
| 23 | Material Inventory<br>Orig. Asset Memo: Imported from original petition | 30,000.00 | 30,000.00 |  | 94,569.65 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-64660 PJS  
**Case Name:** SERVICE ELECTRIC COMPANY  

**Period Ending:** 03/31/11

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 08/03/10 (f)  
**§341(a) Meeting Date:** 09/01/10  
**Claims Bar Date:** 11/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 (See Footnote) | | | | | |
| 24 | MBT refund for year 2008. (u) | Unknown | 1,012.69 | | 1,012.69 | FA |
| 25 | Bond premium refund (u) (See Footnote) | Unknown | 398.40 | | 398.40 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.75 | Unknown |
| 26 | Assets  Totals (Excluding unknown values) | **$284,737.17** | **$231,411.99** | | **$219,672.67** | **$81,220.32** |

RE PROP# 1    Trustee did not collect petty cash-used by Debtor  
              cost for recovery exceed value to estate  
RE PROP# 2    Huntington Bank, securd creditor, set off account  
RE PROP# 3    account set off for insurance premiums  
RE PROP# 5    determined to have no value  
RE PROP# 6    Sale application filed 9-16-10.  
RE PROP# 7    Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 8    Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 9    Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 10   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 11   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 12   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 13   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 14   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 15   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 16   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 17   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 18   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium.  
RE PROP# 19   Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 10-64660 PJS  
**Case Name:** SERVICE ELECTRIC COMPANY  

**Period Ending:** 03/31/11

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 08/03/10 (f)  
**§341(a) Meeting Date:** 09/01/10  
**Claims Bar Date:** 11/22/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

| | |
|---|---|
| | premium. |
| RE PROP# 20 | Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium. |
| RE PROP# 21 | Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium. |
| RE PROP# 22 | Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium. |
| RE PROP# 23 | Auction proceeds allocated to this asset are also related to assets #7-23, including buyer's premium. |
| RE PROP# 25 | West Bend Ins. Co. refund |

**Major Activities Affecting Case Closing:**

    9/1/10 brought bank statments to meeting  
    4/1/11 still collecting account receivable

**Initial Projected Date Of Final Report (TFR):** August 26, 2011      **Current Projected Date Of Final Report (TFR):** August 26, 2011

_____  
    April 26, 2011  
        Date

/s/ Timothy J. Miller  
_____  
Timothy J. Miller

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-64660 PJS | Trustee: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | SERVICE ELECTRIC COMPANY | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******67-65 - Money Market Account |
| Taxpayer ID #: | **-***9926 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/11 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/10 | {4} | Gloria Boozer | Account receivable | 1129-000 | 90.00 | | 90.00 |
| 08/21/10 | {4} | Hilda McCarley | Account receivable | 1129-000 | 100.00 | | 190.00 |
| 08/21/10 | {4} | Baxter Properties LLC | Account receivable | 1129-000 | 165.00 | | 355.00 |
| 08/21/10 | {4} | Village of Deerfield | Account receivable | 1129-000 | 170.00 | | 525.00 |
| 08/21/10 | {4} | Cutler-Dickerson Co | Account receivable | 1129-000 | 176.52 | | 701.52 |
| 08/21/10 | {4} | Lenawee County Schools | Account receivable | 1129-000 | 212.50 | | 914.02 |
| 08/21/10 | {4} | William Ross | Account receivable | 1129-000 | 225.05 | | 1,139.07 |
| 08/21/10 | {4} | Village of Blissfield | Account receivable | 1129-000 | 255.00 | | 1,394.07 |
| 08/21/10 | {4} | Lenawee Country Club | Account receivable | 1129-000 | 509.00 | | 1,903.07 |
| 08/21/10 | {4} | Pamida | Account receivable | 1129-000 | 590.00 | | 2,493.07 |
| 08/21/10 | {4} | Tecumseh Public Schools | Account receivable | 1129-000 | 2,168.67 | | 4,661.74 |
| 08/21/10 | {4} | JEJ Development Group LLC | Account receivable | 1129-000 | 3,141.00 | | 7,802.74 |
| 08/21/10 | {4} | Krieghoff-Lenawee Co | Account receivable | 1129-000 | 5,870.50 | | 13,673.24 |
| 08/21/10 | {4} | Krieghoff-Lenawee Construction Mgmt Inc | Account receivable | 1129-000 | 64,830.00 | | 78,503.24 |
| 08/30/10 | | To Account #9200******6766 | transfer to checking for insurance on equipment | 9999-000 | | 906.12 | 77,597.12 |
| 08/30/10 | {4} | Kreighoff-lenawee. co | stopped payment | 1129-000 | -5,870.50 | | 71,726.62 |
| 08/30/10 | {4} | Kreighoff- lenawee Co | stopped check | 1129-000 | -64,830.00 | | 6,896.62 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.92 | | 6,897.54 |
| 09/02/10 | {4} | Republic Services, Inc. | Account receivable | 1129-000 | 85.00 | | 6,982.54 |
| 09/02/10 | {4} | Jenell Corporation | Account receivable | 1129-000 | 158.25 | | 7,140.79 |
| 09/02/10 | {4} | Victory Builders, Inc. | Account receivable | 1129-000 | 535.00 | | 7,675.79 |
| 09/02/10 | {4} | ProMedica North Region, Inc. | Account receivable | 1129-000 | 1,192.50 | | 8,868.29 |
| 09/02/10 | {4} | Saline Lectronics | Account receivable | 1129-000 | 5,363.00 | | 14,231.29 |
| 09/07/10 | {4} | Goodwill Industries | Account receivable | 1129-000 | ! 430.00 | | 14,661.29 |
| 09/07/10 | {4} | Goodwill Industries | Account receivable. | 1129-000 | 430.06 | | 15,091.35 |
| 09/07/10 | {4} | Goodwill Industries | Reversed Deposit 100004 1 Account receivable | 1129-000 | -430.00 | | 14,661.35 |
| 09/14/10 | {4} | Tecumseh Public Schools | Account receivable. | 1129-000 | 85.00 | | 14,746.35 |
| 09/14/10 | {4} | Anna M. Dauter | Account receivable. | 1129-000 | 100.00 | | 14,846.35 |
| 09/14/10 | {4} | Lenawee Country Club | Account receivable. | 1129-000 | 180.00 | | 15,026.35 |
| 09/21/10 | {24} | State of Michigan | MBT refund for year 2008. | 1224-000 | 1,012.69 | | 16,039.04 |
| 09/21/10 | {4} | County of Lenawee | Account receivable. | 1129-000 | 600.00 | | 16,639.04 |
| 09/21/10 | {4} | Republic Services, Inc. | Account receivable. | 1129-000 | 706.00 | | 17,345.04 |
| 09/21/10 | {4} | GenPower Products, Inc. | Account receivable. | 1129-000 | 7,123.00 | | 24,468.04 |
| 09/27/10 | {6} | Paul M. Barber | sale of vehicle p/o 10/7/10 | 1129-000 | 4,903.50 | | 29,371.54 |
| 09/28/10 | | To Account #9200******6766 | transfer to checking for insurance | 9999-000 | | 646.97 | 28,724.57 |

Subtotals : $30,277.66 $1,553.09

{} Asset reference(s) !-Not printed or not transmitted

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-64660 PJS | Trustee: | Timothy J. Miller (420470) |
|---|---|---|---|
| Case Name: | SERVICE ELECTRIC COMPANY | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******67-65 - Money Market Account |
| Taxpayer ID #: | **-***9926 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/11 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 28,724.71 |
| 10/06/10 | | To Account #9200******6766 | transfer to checking to pay administrative expense for gas & labor | 9999-000 | | 717.43 | 28,007.28 |
| 10/12/10 | {4} | La Vern Nichelson | Account receivable. | 1129-000 | 50.00 | | 28,057.28 |
| 10/12/10 | {4} | Republic Services Inc. | Account receivable. | 1129-000 | 125.00 | | 28,182.28 |
| 10/12/10 | {4} | Coastal Admin Services LLC | Account receivable. | 1129-000 | 555.00 | | 28,737.28 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,737.52 |
| 11/01/10 | {4} | Republic Services Inc. | Account receivable. Invoice no. 130647. | 1129-000 | 165.00 | | 28,902.52 |
| 11/08/10 | {23} | Carol A. Souchock | Sale of electrical panels per order 10-7-10 docket no. 20. | 1129-000 | 2,250.00 | | 31,152.52 |
| 11/08/10 | {23} | Deposit 100018-1. | Check deposit for $2200.00 - error on check face detected by BNYM | 1129-000 | -50.00 | | 31,102.52 |
| 11/11/10 | {4} | Hilda McCarley | Account receivable | 1129-000 | 80.63 | | 31,183.15 |
| 11/15/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 31,183.26 |
| 11/18/10 | {23} | Carol A. Souchock | Sale of electrical panels per order 10-7-10 docket no. 20. This payment is balance owed due to error on check face. | 1129-000 | 50.00 | | 31,233.26 |
| 11/18/10 | {4} | Patricia Thomas | Account receivable. | 1129-000 | 150.00 | | 31,383.26 |
| 11/18/10 | {4} | Joe Ann Steele Insurance Center | Account receivable. | 1129-000 | 1,319.50 | | 32,702.76 |
| 11/18/10 | {4} | Megan Marlowe | Account receivable. | 1129-000 | 173.50 | | 32,876.26 |
| 11/18/10 | {4} | YMCA Building Reserve | Account receivable. | 1129-000 | 482.50 | | 33,358.76 |
| 11/18/10 | {23} | RJ Montgomery and Associates | Gross sale proceeds including buyer's premium for auctioned assets. | 1129-000 | 92,319.65 | | 125,678.41 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.98 | | 125,679.39 |
| 12/09/10 | | To Account #9200******6766 | transfer to checking p/o payments11/30/10 | 9999-000 | | 4,811.10 | 120,868.29 |
| 12/14/10 | 1001 | MRSC Insurance Partners, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/31/2010 FOR CASE #10-64660 | 2300-000 | | 46.10 | 120,822.19 |
| 12/16/10 | | To Account #9200******6766 | transfer to checking p/o 12/15/10 | 9999-000 | | 31,773.80 | 89,048.39 |
| 12/16/10 | | To Account #9200******6766 | transfer to checking | 9999-000 | | 0.02 | 89,048.37 |
| 12/16/10 | | To Account #9200******6766 | transfer to checking p/o 12/16/10 | 9999-000 | | 20,151.39 | 68,896.98 |
| 12/20/10 | {4} | Bill Sell | Account receivable. | 1129-000 | 75.00 | | 68,971.98 |
| 12/23/10 | {4} | Hughsie, Inc. dba Alpha Koney Island | Account receivable. | 1129-000 | 222.50 | | 69,194.48 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.43 | | 69,196.91 |
| 01/11/11 | {25} | West Bend Ins. Co. | Employee benefit plan - partial bond premium refund | 1229-000 | 398.40 | | 69,595.31 |
| 01/14/11 | {4} | Krieghoff-Lenawee Construction | Account receivable | 1129-000 | 8,385.50 | | 77,980.81 |

Subtotals: $106,756.08 $57,499.84

{} Asset reference(s)

Printed: 04/26/2011 11:47 AM  V.12.56

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-64660 PJS  
**Case Name:** SERVICE ELECTRIC COMPANY  

**Taxpayer ID #:** **-***9926  
**Period Ending:** 03/31/11  

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******67-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | Mgmt Inc | | | | | |
| 01/14/11 | {4} | Krieghoff-Lenawee Construction Mgmt Inc | Account receivable | 1129-000 | 64,830.00 | | 142,810.81 |
| 01/19/11 | | To Account #9200******6766 | transfer to checking p/o 1/18/11 | 9999-000 | | 73,215.50 | 69,595.31 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.82 | | 69,597.13 |
| 02/01/11 | {4} | K.M.L.M. Construction Co. | Account receivable | 1129-000 | 4,407.00 | | 74,004.13 |
| 02/10/11 | {4} | Sherry A. Demski | Account receivable (The Headliners). | 1129-000 | 3,157.50 | | 77,161.63 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.73 | | 77,163.36 |
| 03/01/11 | | To Account #9200******6766 | transfer to checking p/o/2/28/11 | 9999-000 | | 36,000.21 | 41,163.15 |
| 03/21/11 | {4} | Adrian College | Account receivable (Adrain College). | 1129-000 | 4,936.00 | | 46,099.15 |
| 03/24/11 | {4} | Brazeway, Inc. | Account receivable (Brazeway). | 1129-000 | 132.50 | | 46,231.65 |
| 03/29/11 | {4} | Coastal Admin Services | Account receivable (Whitehall Healthcare - THS Partners). | 1129-000 | 5,172.00 | | 51,403.65 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 51,404.03 |
| | | | **ACCOUNT TOTALS** | | 219,672.67 | 168,268.64 | **$51,404.03** |
| | | | Less: Bank Transfers | | 0.00 | 168,222.54 | |
| | | | **Subtotal** | | 219,672.67 | 46.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$219,672.67** | **$46.10** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-64660 PJS  
**Case Name:** SERVICE ELECTRIC COMPANY

**Taxpayer ID #:** **-***9926  
**Period Ending:** 03/31/11

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******67-66 - Checking Account  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/10 | | From Account #9200******6765 | transfer to checking for insurance on equipment | 9999-000 | 906.12 | | 906.12 |
| 08/30/10 | 101 | FMIC | insurance coverage on equipment | 2420-000 | | 906.12 | 0.00 |
| 09/28/10 | | From Account #9200******6765 | transfer to checking for insurance | 9999-000 | 646.97 | | 646.97 |
| 09/28/10 | 102 | FMIC | insurance on 404 N. Dean St Adrian MI | 2420-000 | | 646.97 | 0.00 |
| 10/06/10 | | From Account #9200******6765 | transfer to checking to pay administrative expense for gas & labor | 9999-000 | 717.43 | | 717.43 |
| 10/06/10 | 103 | Paul Barber | gas expenses for moving trucks to auctioneers | 2500-000 | | 432.43 | 285.00 |
| 10/06/10 | 104 | Matt Johnson | labor expenses | 2500-000 | | 285.00 | 0.00 |
| 12/09/10 | | From Account #9200******6765 | transfer to checking p/o payments11/30/10 | 9999-000 | 4,811.10 | | 4,811.10 |
| 12/09/10 | 105 | Select Storage LLC | payment of administrative expenses p/o 11/30/10 | 2410-000 | | 4,150.00 | 661.10 |
| 12/09/10 | 106 | Paul Barber | payment of administrative expense p/o 11/30/10 | 2500-000 | | 661.10 | 0.00 |
| 12/16/10 | | From Account #9200******6765 | transfer to checking p/o 12/15/10 | 9999-000 | 31,773.80 | | 31,773.80 |
| 12/16/10 | | From Account #9200******6765 | transfer to checking | 9999-000 | 0.02 | | 31,773.82 |
| 12/16/10 | | From Account #9200******6765 | transfer to checking p/o 12/16/10 | 9999-000 | 20,151.39 | | 51,925.21 |
| 12/16/10 | 107 | The Huntington National Bank | p/o 12/15/2010 authorizing disbursement to secured creditors and surch | 4210-000 | | 31,202.80 | 20,722.41 |
| 12/16/10 | 108 | City of Adrian | p/o 12/15/10 authroizing payment of certain administrative expenses | 4800-000 | | 571.02 | 20,151.39 |
| 12/16/10 | 109 | R.J. Montgomery & Associates | p/o 12/16/10 approving payment of auctioneers fee and expenses | 3610-000 | | 9,891.39 | 10,260.00 |
| 12/16/10 | 110 | R.J. Montgomery & Associates | p/o 12/16/10 approving payment of auctioneer fees & expenses | 3620-000 | | 10,260.00 | 0.00 |
| 01/19/11 | | From Account #9200******6765 | transfer to checking p/o 1/18/11 | 9999-000 | 73,215.50 | | 73,215.50 |
| 01/19/11 | 111 | Standard Electric Company | payment secured creditor p/o 1/18/11 | 4210-000 | | 66,911.26 | 6,304.24 |
| 01/19/11 | 112 | The Huntington National Bank | payment secured creditor P/o 1/18/10 | 4210-000 | | 6,304.24 | 0.00 |
| 03/01/11 | | From Account #9200******6765 | transfer to checking p/o/2/28/11 | 9999-000 | 36,000.21 | | 36,000.21 |
| 03/01/11 | 113 | Schneider Miller, P.C. | first interim fees p/o 2/28/11 | 3110-000 | | 25,935.00 | 10,065.21 |
| 03/01/11 | 114 | Schneider Miller, P.C. | first interim expenses p/o 2/28/11 | 3120-000 | | 201.79 | 9,863.42 |
| 03/01/11 | 115 | Timothy J. Miller | first interim compensation p/o 2/28/11 | 2100-000 | | 9,863.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 168,222.54 | 168,222.54 | $0.00 |
| | | | Less: Bank Transfers | | 168,222.54 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 168,222.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$168,222.54** | |

{} Asset reference(s)    10-64660-pjs    Doc 68    Filed 04/27/11    Entered 04/27/11 11:41:50    Page 8 of 9    Printed: 04/26/2011 11:47 AM    V.12.56

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 10-64660 PJS | **Trustee:** | Timothy J. Miller (420470) | |
| **Case Name:** | SERVICE ELECTRIC COMPANY | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | 9200-******67-66 - Checking Account | |
| **Taxpayer ID #:** | **-***9926 | **Blanket Bond:** | $2,000,000.00   (per case limit) | |
| **Period Ending:** | 03/31/11 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **MMA # 9200-******67-65** | | 219,672.67 | 46.10 | 51,404.03 |
| **Checking # 9200-******67-66** | | 0.00 | 168,222.54 | 0.00 |
| | | $219,672.67 | $168,268.64 | $51,404.03 |

| | |
|---|---|
| April 26, 2011 | /s/ Timothy J. Miller |
| Date | Timothy J. Miller |